No. 22-3140

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Appeal from the United States |
| | ) | District Court for the |
| *Plaintiff-Appellee*, | ) | Northern District of Illinois |
| | ) | |
| v. | ) | No. 19 CR 869 |
| | ) | |
| THOMAS OSADZINSKI, | ) | |
| | ) | Honorable Robert W. Gettleman |
| *Defendant-Appellant*. | ) | Judge Presiding |

**MOTION FOR EXTENSION OF
TIME TO FILE APPELLANT'S BRIEF**

Defendant-Appellant **THOMAS OSADZINSKI**, by and through his attorneys **STEVEN GREENBERG** and **JOSHUA G. HERMAN**, and pursuant to Fed. R. App. P. 26(b), respectfully moves this Honorable Court for an extension of time within which to file his opening brief, pursuant to Fed. R. App. P. 26(b) and Seventh Circuit Rule 26, and specifically for thirty (30) days from the presently set deadline of March 10, 2023, and through and including April 10, 2023.

As set out more fully in the attached affidavit, this extension is requested so that counsel may continue to have adequate time to prepare Appellant's brief and to consult with Appellant, who is in the custody of the Bureau of Prisons.

WHEREFORE, for the reasons set forth in the attached affidavit, Appellant Thomas Osadzinski respectfully moves this Court to extend the deadline to file his Appellant brief from March 10, 2023, to and including April 10, 2023.

## **AFFIDAVIT**

1. Affiant is one of Appellant's attorneys and has been principally responsible for the preparation of Appellant's brief.

2. Appellant's opening brief is presently due to be filed on or before March 10, 2023.

3. This is Appellant's second request for an extension of time to prepare Appellant's brief. No date for oral argument has been scheduled.

4. This is an appeal from a criminal conviction of attempting to provide material support to a foreign terrorist organization in violation of 18 U.S.C. §2339B that followed a jury trial. Appellant was sentenced to ninety (90) months imprisonment. The sentence was imposed on November 17, 2022, with the final judgment entered on the same date. The notice of appeal was timely filed on November 28, 2022.

5. Appellant is presently in custody at FCI Elkton in the Bureau of Prisons.

6. Counsel have prepared a completed draft of the Appellate brief. The draft has been sent to Appellant at FCI Elkton for review. As of today's date, Appellant has not received the brief and has thus been unable to discuss the brief with counsel. Counsel believe it incumbent to consult with Appellant prior to filing the brief, particularly given the complexity of the issues that counsel intend to present and the lengthy record stemming from pretrial litigation, the jury trial, and post-trial proceedings.

7. This motion is necessitated not by lack of diligence, but rather because of the complexity of the issues that are anticipated to be raised in this appeal and the need to consult with Appellant who is in the Bureau of Prisons.

8. For these reasons, counsel respectfully requests an extension of time of 30 days, or to April 10, 2023, to prepare and file Appellant's brief.

9. Undersigned counsel has conferred with counsel for the government, Assistant United States Attorneys Barry Jonas and Melody Wells, who have communicated that the government has no objection to this requested extension of up to 30 days to file Appellant's brief.

Further Affiant Sayeth Not,

Respectfully submitted,

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**

## **VERIFICATION**

     I, Joshua G. Herman, an attorney and a member of the bar of this Court, verify that I am the attorney for the appellant in this cause. I have read the foregoing motion and the contents thereof are true and correct.

                                            /s/ Joshua G. Herman
                                            **JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

           /s/ Joshua G. Herman
           **JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com